**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | | |
|---|---|---|
| SARAI GABAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21 CV 463 MTS |
| | ) | |
| GREGORY PATTERSON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before the Court on the documents titled "Exhibits" recently filed by self-represented Plaintiff Sarai Gabar.  Doc. [5].  Despite the titling on the first page of this filing, the documents included are actually a verified complaint with supporting exhibits.  The defendants named on the cover sheet and in the verified complaint are different from the one named defendant in this case.  The complaint pertains to the condemnation of a property occupied by Plaintiff, where as this case involves the care and custody of Plaintiff's minor daughter.  Although Plaintiff included the case number for this matter on the first page of this filing, it appears that this filing was intended to be a new civil action.  As such, the Court will direct the Clerk to remove the filing from this case and open it as a new civil case under 42 U.S.C. § 1983.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk of Court should remove docket entry 5 from the docket sheet in this matter and shall open a new case pursuant to 42 U.S.C. § 1983 using docket entry 5 as the complaint.

– 2 –

**IT IS FURTHER ORDERED** that a copy of this Order should also be docketed in the newly opened civil case.

Dated this 25th day of October, 2021.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE